# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY J. GIORDANO,<br><br>       Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>       Defendant. | Case No.: 2:20-cv-02082-JDP<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and new decision. The Appeals Council will instruct the ALJ to consider the opinion evidence and prior administrative findings under the proper

1

regulations. The Appeals Council will offer Plaintiff the opportunity for a hearing and instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issue.

Respectfully submitted,

Dated:       December 21, 2021       */s/  Robert Weems*
                                      (*as authorized via e-mail on 12/21/21)
                                      Robert C. Weems
                                      Weems Law Offices
                                      Attorney for Plaintiff


Dated:       December 21, 2021       PHILLIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By:    */s/ Margaret Lehrkind*
                                      MARGARET LEHRKIND
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

**ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), ECF No. 18, and for cause shown, the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant, and to close this case.

IT IS SO ORDERED.

Dated:    December 27, 2021                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE